# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Todd B. Wesanen, | Civil No. 11-382 (RHK/SER) |
| Plaintiff, | **DISQUALIFICATION AND** <br> **ORDER FOR REASSIGNMENT** |
| vs. | |
| DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc., Johnson & Johnson, | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 16, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge